IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CR-00111-D-4

UNITED STATES OF AMERICA )
)
v. )
)
KEIJUANE MANTESE MACK )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 15, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853, based upon the defendant agreeing to the forfeiture of the property listed in the December 15, 2016 Preliminary Order of Forfeiture, to wit:

(a) Glock 27, 40 caliber handgun, serial number UKX424;

(b) Herstal FN 5.7x28 handgun, serial number 386266886;

(c) Breitling men's wristwatch with diamonds located at 2530 Erwin Road, Apartment 476, Durham, North Carolina;

(d) Miscellaneous seized ammunition;

(e) 2004 Ford Truck, VIN 1FDWW37P44EA36162;

(f) Remington 870 Express 12-gauge shotgun, serial number W900342M;

(g) Rossi .38 caliber revolver, serial number W040452

(h) Harrington and Richardson 410 caliber shotgun, serial number HL2006005; and

1

(i) $10,772.00 in United States Currency;

AND WHEREAS, on July 19, 2018, this Court entered a Final Order of Forfeiture as to all of the above-listed personal property, with the exception of Item (i) $2,278.00 in United States Currency. (DE - 487);

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between February 10, 2018 and March 11, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the subject $10,772.00 in U. S. currency described in this Court's December 15, 2016 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the remaining subject property, Item (i) $10,772.00 in U. S. currency, listed in the December 15, 2016 Preliminary Order of Forfeiture is hereby forfeited to the

United States. The United States Department of Justice is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this  1  day of August, 2018.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE